## K. Layne, Appellant, v. Loren B. Colegrove, Appellee.

### Gen. No. 9,478.

Heard in this court at the October term, 1945; opinion filed October 23, 1945; released for publication November 19, 1945. Hogan & Coale, for appellant; Harold Broverman, for appellee. Opinion by PRESIDING JUSTICE HAYES. Not to be published in full.

## Arvil Russell and Robert Russell, by Othal Russell, Father and Next Friend, Appellees, v. Consolidated Forwarding Corporation, Inc., Appellant.

### Gen. No. 9,479.

Heard in this court at the October term, 1945; opinion filed October 23, 1945; released for publication November 19, 1945. Earl S. Hodges, for appellant; Harold Broverman and Harry B. Grundy, for appellees. Opinion by JUSTICE DADY. Not to be published in full.